IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF PACIFICA,<br><br>    Defendant. | No. C 09-05201 CRB<br><br>**ORDER REQUIRING APPEARANCE** |

The Court is in receipt of a letter from counsel for Plaintiff Our Children's Earth Foundation, as well as a Joint Status Report, both stating that the parties have reached an agreement in principal, but that the parties have not executed the consent decree due to Defendant's outstanding administrative matters with the Regional Water Quality Control Board, San Francisco Bay Region ("Regional Board"). See dckt. nos. 21 and 22. Plaintiff has asked that the Court order that the Regional Board enforcement officer and counsel appear at tomorrow's case management conference. See dckt. no. 21. The Court concurs that the participation of the Regional Board at the case management conference might well help to facilitate resolution of the case, and therefore ORDERS that the Regional Board enforcement officer and counsel appear at tomorrow's case management conference, scheduled for 8:30 AM in Courtroom 8. The enforcement officer and counsel may appear by

telephone.

**IT IS SO ORDERED.**

Dated: January 20, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE